UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 25-CR-10334 |
| ) | |
| STEVEN WAYNE TOMPKINS, ) | |
| ) | |
| Defendant ) | |

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be unsealed.  As grounds for this motion, the government states that the defendant is aware that an arrest warrant has been issued and that the grand jury has returned an indictment against him.  Therefore, there is no longer reason to keep the indictment secret.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *John T. Mulcahy*
DUSTIN CHAO
JOHN T. MULCAHY
Assistant U.S. Attorneys

Date:  August 8, 2025