UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff. | ) | |
| v. | ) | No. 25-cr-10334-MJJ |
| | ) | |
| Steven Wayne Tompkins, | ) | |
| Defendant. | ) | |

---

## <u>NOTICE OF APPEARANCE</u>

Now comes the undersigned and hereby enters his appearance in the above-captioned matter for Defendant Steven Wayne Tompkins.

Respectfully Submitted,

<u>/s/ *Martin G. Weinberg*</u>
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: August 19, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Martin G. Weinberg, hereby certify that on this date, August 19, 2025, a copy of the foregoing document has been served *via* Electronic Court Filing system on all registered participants.

<u>/s/ *Martin G. Weinberg*</u>
Martin G. Weinberg, Esq.