UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 25-CR-10334-MJJ |
| STEVEN W. TOMPKINS | ) | |
| Defendant | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION TO SET TRIAL DATE**

Defendant Steven W. Tompkins respectfully moves this Court to set a trial date in mid-May through June 2026, or the earliest date thereafter consistent with the Court's calendar, subject to the Court's disposition of the pending motion to dismiss, Dkt. 28. Mr. Tompkins makes this request to minimize scheduling conflicts for counsel and to allow the parties to plan and prepare efficiently for trial.

The Indictment returned on August 7, 2025, charges Mr. Tompkins with two counts of extortion under color of official right under 18 U.S.C. § 1951. Dkt. 1. The parties are currently proceeding through discovery and motion practice. A discovery motion hearing is set for January 23, 2026, Dkt. 80, and a final conference before Magistrate Judge Kelley is set for February 9, 2026, Dkt. 65. Because the Court's ruling on the motion to dismiss may affect the posture and scope of trial preparation, the defense requests that any trial date be set subject to the Court's decision on the motion to dismiss. Even so, setting a trial date now will assist counsel in avoiding conflicts and ensuring continuous availability. Presently, defense counsel has an unavoidable trial conflict in *Steiner et al. v. eBay Inc. et al.*, Docket No. 21-cv-11181-PBS (D. Mass.), a civil matter scheduled for a four-to-six-week trial beginning March 2, 2026.

1

For the foregoing reasons, the defense respectfully requests this Honorable Court to set trial in this case for mid-May through June 2026, or the earliest date thereafter consistent with the Court's calendar.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned has asked the Government about their availability in May and June but has not yet received a response.

Respectfully Submitted,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, January 14, 2026, a copy of the foregoing document has been served on the government via ECF.

**/s/ Martin G. Weinberg**
Martin G. Weinberg